# IN THE SUPREME COURT OF THE STATE OF NEVADA

GARY SHEPARD,
                    Appellant,

              vs.

THE STATE OF NEVADA,
                    Respondent.

No. 81700

**FILED**

SEP 1 5 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for production of documents. Second Judicial District Court, Washoe County; Scott N. Freeman, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for production of documents, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.        _____, J.
Stiglich                           Silver

20-33962

cc: Hon. Scott N. Freeman, District Judge
Gary Shepard
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A